### Frank H. Novak v. Wadsworth Howland Co.

1. APPELLATE COURT PRACTICE—*Defective Record.*—The Appellate Court can not enter upon a consideration of the merits of a case where the record does not contain the evidence under which the appellant claims.

Garnishee Proceedings.—Appeal from the Circuit Court of Cook County; the Hon. ELBRIDGE HANECY, Judge, presiding. Heard in this court at the October term, 1895. Affirmed. Opinion filed December 12, 1895.

BLUM & BLUM, attorneys for appellant.

CHARLES LANE, attorney for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

In a garnishee proceeding in the Circuit Court, appellant appeared as an interpleader, claiming that the indebtedness to Isaac Levy, the subject-matter of the garnishee proceedings, had been assigned to him, appellant. Upon this claim of appellant a trial was had with a result adverse to him.

We find ourselves unable to enter upon a consideration of the merits of this case because the record does not contain the assignment under which appellant claims, nor any evidence showing what the written agreement of assignment was.

The judgment of the Circuit Court is affirmed.